UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARIE MINCY, | : | CASE NO. 1:09CV065 |
| Plaintiff | : | Judge Dlott |
| v. | : | **SUPPLEMENTAL APPENDIX IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| CINCINNATI CHILDREN'S HOSPITAL MEDICAL CENTER, | : | |
| Defendant. | : | |

Take notice that Plaintiff hereby supplements the appendix filed in opposition to Defendant's Motion for Summary Judgment on March 22, 2010 (Doc. 28) by adding the attached documents, which were inadvertently not included in that appendix:

Broerman Deposition Pages 48-51, 173-74

Dawon Deposition Pages 65-67

Plaintiff's Exhibit 24

Defendant's Exhibit 4

Respectfully submitted,

_____
MARTIN McHENRY (0022543)
Trial Attorney for Plaintiff
HAVERKAMP REBOLD & RIEHL CO., L.P.A.
5856 Glenway Avenue
Cincinnati, OH 45238
Tele: (513) 922-3200
Fax: (513) 922-8096
e-mail: mmchenry@hrr-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy P. Reilly, Esq. and Paula J. Dehan, Esq., Attorneys for Defendant, Taft, Stettinius & Hollister, 1800 Firstar Tower, 425 Walnut Street, Cincinnati, OH 45202-3957.

_____
**MARTIN McHENRY (0022543)**
Trial Attorney for Plaintiff